**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@trusteeshapiro.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>INTERSTATE PLUMBING & AIR CONDITIONING, LLC, dba INTERSTATE SERVICES, dba IPAC MECHANICAL,<br><br>Debtor. | Case No. 11-25053-MKN (Lead Case)<br><br>(Jointly Administered with Case Nos. 11-25056; 11-25057; 11-25060 and 11-25063)<br><br>Chapter 7 |
| Affects:<br>☒ All Debtors<br>☐ Interstate Plumbing & Air Conditioning, LLC Case No. 11-25053<br>☐ Interstate Acquisitions, LLC Case No. 11-25056<br>☐ Global Mechanical, LLC Case No. 11-25057<br>☐ Interstate Plumbing & Air Conditioning, LP Case No. 11-25060<br>☐ Interstate California Holdings Corporation Case No. 11-25063 | **APPLICATION TO DEPOSIT UNCLAIMED FUNDS** |

TO: Clerk, United States Bankruptcy Court

FROM: Brian D. Shapiro, Trustee

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 10600 | CAS 61330 |
|---|---|---|---|
| 3 | Interstate Plumbing & Air Reno<br>1506 Glendale Ave<br>Sparks, NV 89431 | $18.52 | |
| 43 | Ahern Rentals, Inc.<br>1401 Mineral Ave<br>Las Vegas, NV 89106 | | $71.41 |
| 44 | NSI Supply, Inc.<br>ATTN: Managing Member<br>2835 Coleman St<br>N Las Vegas, NV 89032 | | $43.09 |
| 59 | Baltimore Aircoil Company<br>ATTN: Managing Member<br>7600 Dorsey Run Road<br>Jessup, MD 20794 | | $32.86 |
| 62 | Diversified Concrete Cutting<br>ATTN: Managing Member<br>59 Coney Island Dr.<br>Sparks, NV 89431 | | $24.02 |
| 77 | John Savickas<br>c/o Christian Gabroy at Gabroy Law Office<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, NV 89012 | $15.64 | |
| 79 | David Garcia<br>c/o Christian Gabroy at Gabroy Law Office<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, NV 89012 | | $28.02 |
| 80 | Miguel Garcia<br>c/o Christian Gabroy at Gabroy Law Office<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, NV 89012 | | $70.27 |
| 81 | Elmco Ford/Mechanical<br>5030 Bond St.<br>Las Vegas, NV 89118 | $15.06 | |

| | | | |
|---|---|---|---|
| 99 | Tina Lo<br>c/o Artemus W. Ham, Esq.<br>Mainor Eglet LLP<br>400 S. 4th St., 6th Floor<br>Las Vegas, NV 89101 | $9.61 | |
| 100 | High Sierra Investments LLC<br>ATTN: Managing Member<br>3430 E. Russell Rd., #304<br>Las Vegas, NV 89120 | $5.32 | |
| 108 | Pacific Insulation Company<br>ATTN: Managing Member<br>2741 S. Yages Ave.<br>Los Angeles, CA 90040 | $8.75 | |
| 109 | Joy Banks<br>PO Box 907998<br>Gainesville, GA 30501 | | $291.11 |
| 118 | JMAC Industries LP<br>ATTN: Managing Member<br>3430 E. Russell Rd., Suite 304<br>Las Vegas, NV 89120 | $18.05 | |
| 121 | Ditch Diggers<br>ATTN: Managing Member<br>4935 Geist Ave<br>Las Vegas, NV 89115 | $24.88 | |
| 122 | Candeleria Corporation<br>c/o Robert J. Berens, Esq.<br>3300 N. Central Ave, Suite 2400<br>Phoenix, AZ 85012 | | $34.15 |
| 125 | Traverse Point Condominium Unit-Owners Assoc<br>c/o Carol L. Harris, Esq.<br>3800 Howard Hughes Pkwy 17th Fl<br>Las Vegas, NV 89169 | | $1,048.17 |
| 128 | Waterfall HOA<br>c/o J Randall Jones, Esq.<br>3800 Howard Hughes Pkwy 17th Fl<br>Las Vegas, NV 89169 | | $90,617.06 |

| | | | |
|---|---|---|---|
| 156 | Nevada Division of Industrial Relations<br>400 West King Street, Ste 201A<br>Carson City, NV 89703 | | $390.00 |
| TOTAL: | | $115.83 | $92,650.16 |

Dated: November 1, 2024

*/s/ Brian D. Shapiro*
BRIAN D. SHAPIRO, Trustee

**NOTE**: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.